Case 4:16-cv-01282   Document 109   Filed on 01/24/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SENECA JONES §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>TUBAL-CAIN HYDRAULIC §<br>SOLUTIONS, INC., TUBAL CAIN §<br>INDUSTRIES, INC., TUBAL-CAIN §<br>HOLDINGS, LLC, TUBAL-CAIN §<br>MARINE SERVICES, INC., TUBAL- §<br>CAIN INDUSTRIAL SERVICES, §<br>INC., TUBAL-CAIN GAS FREE §<br>SERVICES, INC., TUBAL-CAIN §<br>RENTALS, INC., TUBAL-CAIN §<br>MARINE SERVICES-DEVALL §<br>FLEET, INC., AND TUBAL-CAIN §<br>GAS FREE SERVICES-DEVALL §<br>FLEET, INC. §<br>*Defendants.* § | CIVIL ACTION NO. 4:16-CV-1282 |

## FINAL JUDGMENT

For the reasons stated in the Court's Order [Findings of Fact and Conclusions of Law] dated January 3, 2020 [Doc. No. 106], judgment is entered in favor of defendants and against plaintiff Seneca Jones with respect to all of Jones's claims in this case, and Jones's claims are dismissed on the merits with prejudice.

This is a final judgment.

SIGNED on the 24th day of J_____, 2020.

Andrew S. Hanen
United States District Judge

APPROVED AS TO FORM AND SUBSTANCE:

By: */s/ Randall C. Owens*
    Randall C. Owens
    Wright Close & Barger, LLP
    One Riverway, Suite 2200
    Houston, Texas 77056
    Telephone: (713) 572-4321
    Telecopier: (713) 572-4320
    owens@wrightclosebarger.com

**ATTORNEYS FOR DEFENDANTS**

APPROVED AS TO FORM:

By: */s/ Ron Estefan*

    Ron Estefan
    The Estefan Firm, P.C.
    2306 Mason Street
    Houston, Texas 77006
    Telephone: (713) 333-1100
    Telecopier: (713) 333-1101
    ron@ronestefanlaw.com

    Robert W. Schmidt
    Crews Law Firm, P.C.
    701 Brazos, Suite 900
    Austin, Texas 78701
    Telephone: (512) 346-7077
    Telecopier: (512) 342-0007
    schmidt@crewfirm.com

**ATTORNEYS FOR PLAINTIFF**